PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2241 (Rev. 10/10)
ADOPTED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

Case 5:23-cv-00184-H     Document 1     Filed 08/17/23     Page 1 of 11     PageID 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AUG 17 2023 AM 8:17
FILED - USDC - NDTX - LI

PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

**Charles Young**
PETITIONER
(Full name of Petitioner)

**Lubbock County Detention Ja**
CURRENT PLACE OF CONFINEMENT

vs.

**TDCJ (Parole Division) Daniella Martinez, Vicente Perez, Priscilla Rosales**
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

**131198**
PRISONER ID NUMBER

**5:23-CV-00184-H**
CASE NUMBER
(Supplied by the District Court Clerk)

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

that you cannot prepay the fees and costs, <u>and</u> (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7. It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

PLEASE COMPLETE THE FOLLOWING: (check the appropriate number)
This petition concerns:
1. ___ pretrial detention;
2. ___ a conviction;
3. ___ a sentence;
4. ___ jail or prison conditions;
5. ✓ a prison disciplinary proceeding;
6. ✓ parole or mandatory supervision;
7. ___ time credits;
8. ✓ other (specify): __False imprisonment for falsly arrest me__

Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition. (Yes) No   If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies. __08/10/23 was told to file a writ__

2

1. Place of detention: __Lubbock County Detention Center__

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: __Poss. controlled Substance, evad. mtr vhl., failure to stop render aid__

3. Name and location of court in which your case is pending or in which you were convicted: __140th__

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: __n/a  unknown__

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: __5 years, 2019__

6. Check whether a finding of guilty was made:

    a.   after a plea of guilty                  ✓

    b.   after a plea of not guilty              —

    c.   after a plea of nolo contendere         —

7. If you were found guilty, check whether that finding was made by:

    a.   a jury                                  —

    b.   a judge without a jury                  ✓

8. Did you appeal from the judgment of conviction or the imposition of sentence?

    Yes     (No)

3

9. If you did appeal, give the following information for each appeal:

   a. (1) Name of court and docket or case number: n/a

   (2) Result and date of result: _____

   (3) Grounds raised (list each):

   (a) _____

   (b) _____

   (c) _____

   (d) _____

   b. (1) Name of court and docket or case number: n/a

   (2) Result and date of result: _____

   (3) Grounds raised (list each):

   (a) _____

   (b) _____

   (c) _____

(d) _____

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.

a. GROUND ONE: Wrongful Confinement I am being illegally restrained against my liberty, false arrest.

Supporting facts: (Ex-Parte Walsh) (2017) I am being illegally restrained against my liberty. I was falsely arrest. Have not been found guilty on any new charges.

b. GROUND TWO: False arrest

Supporting facts: My parole officer is trying to send me back to prison and revoke me without evidence for tampering with ankle monitor which is not true. Have not been found guilty of anything.

5

c. GROUND THREE: _____

Supporting facts: _____

d. GROUND FOUR: _____

Supporting facts: _____

11. Relief sought in this petition: Immediate release, reinstatement, blue warrant lifted so I can bond out, parole violation hold lifted.

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

    Yes ☐   No ☒

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

    a. (1) Name of court and docket or case number: n/a

    (2) Result and date of result: n/a

    (3) Grounds raised (list each):

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    b. (1) Name of court and docket or case number: n/a

    (2) Result and date of result: _____

    (3) Grounds raised (list each):

    (a) _____

7

(b) _____

_____

(c) _____

_____

(d) _____

_____

14. If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

n/a

15. Are you presently represented by counsel?   (Yes)   No
If so, name, address and telephone number of attorney:

Mark Snodgrass

16. If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?   Yes   (No)

8

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, day, year).

Executed (signed) on __08/12/2023__ (date).

_Charles Young_
Signature of Petitioner (required)

Petitioner's current address:

_____

_____

_____

_____

9

**Lubbock County Detention Center**
Inmate Name: Kevin Maloney
SC #: 17219
PO Box 9133
Seminole, FL 33775-9133

RETURN SERVICE REQUESTED

FIRST CLASS

United States District Court
Office of the Clerk
Northern District of Texas
1205 Texas Avenue Rm 209
Lubbock, Texas 79401-

RECEIVED
AUG 17 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

US POSTAGE ℠ PITNEY BOWES
ZIP 79401
02 4W
0000386595 AUG. 15. 2023
$ 000.63